IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN JOSE AMESQUITA,**<br><br>                                        Petitioner,<br><br>v.<br><br>**ROD HICKMAN,**<br><br>                                        Respondent. | 1:05-cv-00055-REC-TAG HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PETITIONER'S OPPOSITION (Doc. 21) |

      On March 6, 2001, Respondent filed a motion for an extension of time to file a reply to Petitioner's opposition to Respondent's motion to dismiss. (Doc. 21). GOOD CAUSE APPEARING, Respondent is granted an extension of time of thirty (30) days from the date of service of this order, in which to file a reply to the opposition filed by Petitioner.

IT IS SO ORDERED.

Dated:    **March 7, 2006**                                     /s/ Theresa A. Goldner
**j6eb3d**                                                               UNITED STATES MAGISTRATE JUDGE