

OCT 2 5 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

JUAN JOSE AMESQUITA,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:05-CV-00055 OWW/TAG HC

ROD HICKMAN,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

__X__   Denied for the following reason:

H/C PETITION FILED 1-12-05 AFTER 5 STATE PETITIONS AND PRIOR FEDERAL PETITION FILED IN 2-04 VOLUNTARILY DISMISSED TO EXHAUST BARRED BY AEDPA ONE YEAR LIMITATIONS — NO BASIS FOR TOLLING

Dated:  10-25-06

OLIVER W. WANGER
United States District Judge